UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMUEL SOMMER,

                Plaintiff,

   -against-

COUNTY OF SUFFOLK, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 6026 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2007 ★
**BROOKLYN OFFICE**

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 18, 2007, dismissing the complaint as to all defendants; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the complaint is dismissed as to all defendants.

Dated: Brooklyn, New York
       April 19, 2007

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court